UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| REPUBLIC MAXIMAL LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ROMULUS CAPITAL PARTNERS II, LLC, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 22-cv-10429-MLW <br> ) <br> ) <br> ) <br> ) <br> ) |

ORDER

WOLF, D.J.                                                February 29, 2024

On February 1 and February 28, 2024, the court held hearings on the motions to dismiss filed by defendants Romulus Capital Partners II, LLC, and Neil Chheda (the "Romulus Defendants"), and Athena 2, Inc., SNC 1 LLC, and Apollo1 Inc. (the "Transferors"). See Romulus Motion to Dismiss (Dkt. No. 26); Transferor Motion to Dismiss (Dkt. No. 21).

For the reasons stated in court at the February 28, 2024 hearing, it is hereby ORDERED that the Motions to Dismiss are allowed in part and denied in part as follows:

1. The Transferors' Motion to Dismiss: (a) Count 1 (breach of contract) is ALLOWED; (b) Count 2 (contractual fraud) and Count 4 (unjust enrichment) is DENIED; and (c) Count 3 (mistake) is DENIED without prejudice because the possibly material choice of law issue

cannot be decided on a properly informed basis until the relevant discovery is conducted.

2. The Romulus Defendants' Motion to Dismiss: (a) Count 5 (fraudulent inducement) is DENIED without prejudice because the possibly material choice of law issue cannot be decided on a properly informed basis until the relevant discovery is conducted; (b) Count 6 (violation of Section 10(b) of the Securities and Exchange Act), Count 7 (violation of Section 20(A) of the Securities and Exchange Act), and Count 8 (violation of the Massachusetts Securities Act, M.G.L. c. 110A, §410) is DENIED; and (d) Count 11 (breach of contract), Count 12 (contractual fraud), and Count 13 (breach of fiduciary duty) (jointly, the "Monitoring Fee Claims") for lack of supplemental jurisdiction is ALLOWED, and the Monitoring Fee claims are DISMISSED without prejudice.

3. The Transferors' and the Romulus Defendants' Motions to Dismiss Count 9 (civil conspiracy) are DENIED. The Transferors' Motion to Dismiss Count 10 (aiding and abetting) is DENIED, but the Romulus Defendants' Motion to Dismiss Count 10 as to them is ALLOWED.

4. The parties shall order the transcript of the February 28, 2024 hearing.

/s/ Mark L. Wolf
UNITED STATES DISTRICT JUDGE