# EXHIBIT 5

**From:** Vasant Chheda <vchheda@gmail.com>
**Sent:** Tuesday, November 5, 2019 4:58 PM
**To:** Julian Jung <julian@republiclabs.co>
**Subject:** Re: Lets catch up soon!

---

Dear Julian,

Good to hear from you. Traveling to India soon and I'll be back by last week of November. Let's catch up then.

On Nov 4, 2019, at 2:52 PM, Julian Jung <julian@republiclabs.co> wrote:

We just did a big deal with your son. Neil is the man!

--
Julian Jung
Managing Director Republic Labs
www.republiclabs.co

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed; they do not constitute legal or investment advice.
Please notify the sender immediately if you have received this e-mail by mistake, then delete it. Republic is a funding portal, not a broker dealer or investment adviser, owned and operated by OpenDeal Portal LLC, a subsidiary of OpenDeal Inc.