**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

REPUBLIC MAXIMAL LLC, *et al.*,

      Plaintiffs,

      v.

ROMULUS CAPITAL PARTNERS II, LLC, *et al.*,

      Defendants.

Civil Action No. 1:22-cv-10429-DJC

### ERIC S. ROSEN'S AFFIDAVIT IN SUPPORT OF TRANSFEROR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

I, Eric S. Rosen, Esq., hereby declare the following:

1. I am an attorney for Defendants Athena 2, Inc., SNC 1, LLC, and Apollo1, Inc. (together "Transferors") in the above-captioned case, and a Partner at the law firm of Dynamis LLP. Dynamis LLP has been retained to represent Transferors since September 2025.

2. I am a member of the bar in good standing of the Commonwealth of Massachusetts. I make the following attestation in good faith.

3. I attach the following documents to the Transferors' Motion for Summary Judgment.

4. Exhibit A contains excerpts from the transcript of the deposition of Boris Revsin taken on December 10, 2025.

5. Exhibit B contains excerpts from the transcript of the deposition of Julian Jung taken on October 10, 2025.

6. Exhibit C is a true and accurate copy of the Limited Partnership Agreement of Romulus EquipmentShare Growth L.P., dated October 18, 2016, and governing the Fund throughout the relevant times.

1

7. Exhibit D contains excerpts from the transcript of the deposition of Neil Chheda taken on September 29, 2025.

8. Exhibit E is a certified copy of Athena 2, Inc's ("Athena") Certification of Incorporation and Biennial Statements, which have been verified by New York's Department of State and were incorporated into this litigation as Exhibit 33 to Boris Revsin's December 10, 2025 deposition.

9. Exhibit F is a certified copy of SNC 1, LLC's ("SNC") corporate records, which have been verified by New York's Department of State and incorporated into this litigation as Exhibit 34 to Boris Revsin's December 10, 2025 deposition.

10. Exhibit G is certified copy of Apollo1, Inc's ("Apollo") Certification of Incorporation which has been verified by Delaware's Secretary of State and was incorporated into this litigation as Exhibit 35 to Boris Revsin's December 10, 2025 deposition.

11. Exhibit H contains excerpts from the transcript of the deposition of Vasant Chheda taken on October 6, 2025.

12. Exhibit I contains excerpts from the transcript of the deposition of Bharat Kesavan taken on October 6, 2025.

13. Exhibit J is a true and accurate copy of the Transfer Agreement between Tom Shippee and Athena.

14. Exhibit K is a true and accurate copy of the Transfer Agreement between Groveman Family Limited Partnership and SNC.

15. Exhibit L is a true and accurate copy of the Transfer Agreement between Belz Investment Company LP and SNC, and a true and accurate copy of the signature pages sent by email by Neil Chheda on October 15, 2019.

16. Exhibit M is a true and accurate copy of the Transfer Agreement between Dhari Al Bader and SNC.

17. Exhibit N is a true and accurate copy of Transfer Agreement between Dhari Al Bader and Apollo1.

18. Exhibit O contains excerpts from the transcript of the deposition of Boris Revsin, taken on September 4, 2025.

19. Exhibit P contains excerpts from the transcript of the deposition of Christian Sullivan taken on September 24, 2025.

20. Exhibit Q contains excerpts from the transcript of the deposition of Vasant Chheda taken on September 19, 2025.

21. Exhibit R is a true and accurate copy of an email chain between Romulus and Republic in September 2019.

22. Exhibit S is a true and accurate copy of chat conversations between Revsin and Jung, including a screenshot of an email from Roxanne Stanzione, in November 2019.

23. Exhibit T is a true and accurate copy of an email from Kevin McDonald on behalf of Romulus Equipment Share Growth LP to Brian at Republic on March 26, 2020.

24. Exhibit U is a true and accurate copy of an email from Kevin McDonald on behalf of Romulus Equipment Share Growth LP to Republic on March 26, 2020.

25. Exhibit V is a true and accurate copy of an email from Kevin McDonald on behalf of Romulus Equipment Share Growth LP to Republic on March 26, 2020.

26. Exhibit X is a true and accurate copy of the Transfer Agreement between Athena and EquipmentShare Growth One.

3

27. Exhibit Y is a true and accurate copy of the Transfer Agreement between Athena and EquipmentShare Growth Two.

28. Exhibit Z is a true and accurate copy of the Transfer Agreement between Athena and EquipmentShare Growth Three.

29. Exhibit AA is a true and accurate copy of the Transfer Agreement between SNC and EquipmentShare Secondary One.

30. Exhibit BB is a true and accurate copy of the Transfer Agreement between SNC and EquipmentShare Secondary Two.

31. Exhibit CC is a true and accurate copy of the Transfer Agreement between SNC and EquipmentShare Secondary Three.

32. Exhibit DD is a true and accurate copy of the Transfer Agreement between SNC and EquipmentShare Romulus Close Two.

33. Exhibit EE is a true and accurate copy of the Transfer Agreement between SNC and EquipmentShare Secondary 2020.

34. Exhibit FF is a true and accurate copy of the Transfer Agreement between SNC and EquipmentShare Secondary III.

35. Exhibit GG is a true and accurate copy of the Transfer Agreement between SNC and EquipmentShare Qualified 2020 IV.

36. Exhibit HH is a true and accurate copy of the Transfer Agreement between Apollo1 and EquipmentShare Qualified 2020.

37. Exhibit II is a true and accurate copy of the Transfer Agreement between Apollo1 and EquipmentShare Secondary II.

38. Exhibit JJ is a true and accurate copy of the Transfer Agreement between Apollo1 and EquipmentShare Qualified 2020 II.

39. Exhibit KK is a true and accurate copy of the Transfer Agreement between SNC and EquipmentShare Qualified 2020 III.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: March 30, 2026            Respectfully submitted,

           */s/ Eric s. Rosen*
           Eric S. Rosen
           Michael Homer
           DYNAMIS LLP
           175 Federal St., Suite 1200
           Boston, MA 02110
           (646) 541-8484
           erosen@dynamisllp.com

## CERTIFICATE OF SERVICE

I certify that on March 30, 2026, a true and correct copy of the above document was filed with the Court's CM/ECF system, which has generated and delivered electronic notices of filing to all counsel of record.

           */s/ Michael B. Homer*
           Michael B. Homer